UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STEVEN WAYNE HAMILTON,

        Plaintiff,

vs.

CENTRAL VALLEY CON REP, et al.,

        Defendants.

No. C 11-6227 PJH (PR)

**ORDER OF DISMISSAL**

This pro se civil rights action was filed on December 13, 2011. On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had not obtained the signature of an authorized officer on page five of the form, the "Certificate of Funds in Inmate Account." A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or remedy the deficiency of his IFP application within thirty days the case would be dismissed.

No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 26, 2012.

                          PHYLLIS J. HAMILTON
                          United States District Judge

P:\PRO-SE\PJH\CR.11\HAMILTON6227.DSM.wpd